Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
clayton@ ronstadtlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Ortega,<br><br>  Plaintiff,<br><br>v.<br><br>Unum Life Insurance Company of America,<br><br>  Defendant. | No. CV-21-449-PHX-DJH<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days.

DATED June 24, 2021

                RONSTADT LAW, PLLC

                By: *s/ Erin Rose Ronstadt*
                      Erin Rose Ronstadt
                      Clayton W. Richards

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2021 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen M. Bressler
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004-2595
sbressler@lewisroca.com

*Attorney for Defendant*


*s/ Merry Martin*