**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Fax: 602.262.5747
Email: SBressler@lewisroca.com

**Nicole G. True** (State Bar No. 032576)
Direct Dial: 602.262.5389
Fax: 602.262.5747
Email: NTrue@lewisroca.com

*Attorneys for Unum Life Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond A. Ortega,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Airport and Aviation Professionals, Inc. Group Disability Plan, an ERISA benefit plan; Unum Life Insurance Company of America, a plan fiduciary; and Airport and Aviation Professionals, Inc., a plan administrator,<br><br>　　　　Defendants. | No. 2:21-cv-00449-DJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　The parties have resolved this matter.[1] They stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this lawsuit may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

　　　　DATED this 7th day of July, 2021.

| RONSTADT LAW, PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: */s/ Erin R. Ronstadt (with permission)*<br>　　Erin R. Ronstadt<br>　　Kyle Shelton<br>Attorneys for Plaintiff | By: */s/ Stephen M. Bressler*<br>　　Stephen M. Bressler<br>　　Nicole G. True<br>Attorneys for Unum Life Insurance Company of America |

---

[1] Plaintiff previously dismissed Defendants The Airport and Aviation Professionals, Inc. Group Disability Plan and Airport and Aviation Professionals, Inc.  Doc. 11.

114790559.1

**CERTIFICATE OF SERVICE**

  I certify that on this 7th day of July, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

- **Erin R. Ronstadt**, erin@ronstadtlaw.com
- **Kyle Shelton**, kyle@ronstadtlaw.com

               _/s/ Kathleen A. Topczewski_

114790559.1

- 2 -