# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond A Ortega, | No. CV-21-00449-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unum Life Insurance Company of America, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 21), filed on July 7, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 21) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 7th day of July, 2021.

Honorable Diane J. Humetewa
United States District Judge